UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 SEP 15 PM 5: 34

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

JESSE BALL,

    Petitioner,

v.                                               Cv. No. 05-2045-Ma

T.C. OUTLAW,

    Respondent.

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Order Denying Petition Under 28 U.S.C. § 2241, docketed September 6, 2005.  Any appeal in this matter by Petitioner, proceeding *in forma pauperis*, is not taken in good faith.

APPROVED:

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

September 15, 2005
_____
DATE

THOMAS M. GOULD

_____
CLERK

_____
(By) DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9-16-05

9

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 9 in case 2:05-CV-02045 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Jesse Ball
FPC-MILLINGTON
24103-044
P.O. Box 2000
Millington, TN 38083--200

Honorable Samuel Mays
US DISTRICT COURT